AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SNOW JOE, LLC, a New York limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>POWELL WORKS, INC., a California corporation;<br>POWELL WORKS, INC., an Ohio corporation; and<br>DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-04159 WLH (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Powell Works, Inc., a California corporation       Powell Works, Inc., an Ohio corporation
c/o Jerry Wang                                         c/o Jianhua Wang
17807 Maclaren Street, Unit B                          4808 Interstate Drive
La Puente, CA 91744                                    Cincinnati, OH 45246

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christopher Q. Pham
Marcus F. Chaney
Hung Paul Q. Pham
Criterion Counsel, Law Corporation
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                          _____
                                                      *Signature of Clerk or Deputy Clerk*