Mark E. Chatow (SBN 263481)
**CHATOW LAW**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (949) 478-8393
Fax: (949) 209-0375
Email: mchatow@chatow.com

Aaron M. McKown (SBN 208781)
aaron@mckownbailey.com
Yichang Chen (SBN 313995)
carter@mckownbailey.com
**McKOWN BAILEY**
520 Newport Center Drive, Suite 470
Newport Beach, CA 92660
Telephone: 949-858-3200

Attorneys for Defendants and Counter-Claimants
POWELL WORKS INC., an Ohio corporation, and FLOWWIN, INC.,
Defendant POWELL WORKS INC., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SNOW JOE, LLC, a New York limited liability company, <br><br>Plaintiff, <br><br>v. <br><br>POWELL WORKS, INC., a California corporation; POWELL WORKS, INC., an Ohio corporation; Flowwin, Inc. and DOES 1-10, inclusive, <br><br>Defendants. | Case No. 2:23-cv-04159-WLH (JCx) <br><br>Hon. Wesley L. Hsu <br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| POWELL WORKS INC., a California corporation, <br><br>Counter-Claimant, <br><br>v. <br><br>SNOW JOE, LLC, a New York limited liability company; and ROES 1-10, inclusive, <br><br>Counter-Defendants | |

- 1 -
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for all parties who have appeared that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case, including all claims, affirmative defenses, and counter-claims, is hereby DISMISSED in its entirety WITH PREJUDICE, with each party to bear their own costs and attorneys' fees..

Pursuant to Local Rule 5-4.3.4(a)(2)(i), e-filer Mark E. Chatow hereby attests that all other signatories listed, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Date: June 27, 2024       Respectfully submitted,

**CRITERION COUNSEL, LAW CORPORATION**

By:   /s/ Marcus Chaney

Marcus Chaney, Esq.
Attorneys for Plaintiff and Counter-Defendant
SNOW JOE, LLC, a New York limited liability company

Date: June 27, 2024       Respectfully submitted,

**CHATOW LAW**

By:   /s/ Mark E. Chatow

Mark E. Chatow, Esq.
Attorneys for Defendants and Counter-Claimants POWELL WORKS, INC., an Ohio corporation, and FLOWWIN, INC., and Defendant POWELL WORKS, INC., a California corporation